**Return**

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| 21 M 54 | 2/3/21 7:57 pm | Joycelyn and Ethan Foster |

Inventory made in the presence of:
Ethan Foster

Inventory of the property taken and name of any person(s) seized:
Please see the attached.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: Feb 25, 2021

*Euphemia Lee*
Digitally signed by EUPHEMIA LEE
Date: 2021.02.25 11:37:24 -06'00'

*Executing officer's signature*

ATF Special Agent Euphemia Lee
*Printed name and title*

1. FIREARM: HANDGUN, MNF:  TAURUS, TYPE: PISTOL, MODEL:  TH9, CAL: 9, SN: ABG677220, SEIZE METHOD: Search Warrant
2. AMMUNITION: AMMUNITION,  QTY:  15, MNF: WINCHESTER-WESTERN, CAL: 9, SEIZE METHOD: Search Warrant
3. AMMUNITION: AMMUNITION - ASSORTED,  QTY:  150, MNF: ASSORTED, CAL: 22, SEIZE METHOD: Search Warrant